557 A.2d 1064

**Delancey DAVIS, Appellant,**

v.

**PITTSBURGH NATIONAL BANK, Pennsylvania Public School Employees' Retirement System and Pennsylvania Public School Employees' Retirement Board.**

Supreme Court of Pennsylvania.

Argued May 4, 1989.

Decided May 10, 1989.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.